**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Corey James BENJAMIN,**
**Defendant–Appellant.**

No. 12–2164.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 13, 2013.

Filed: Feb. 15, 2013.

Lisa D. Kirkpatrick, U.S. Attorney's Office, St. Paul, MN, Surya Saxena, Andrew Robert Winter, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Corey James Benjamin, Coleman, FL, pro se.

Gary R. Wolf, Wolf Law Office, Minneapolis, MN, for Defendant–Appellant.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Corey Benjamin appeals after he pled guilty to a firearm offense, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(e), and the district court[1] sentenced him to fifteen years in prison, the statutory minimum. His counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), requesting leave to withdraw.

Benjamin's own admissions at his change-of-plea hearing established that he had violated 18 U.S.C. § 922(g)(1), and that he had at least three previous convictions for separate offenses within the terms of 18 U.S.C. § 924(e). Thus, after carefully and independently reviewing the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no nonfrivolous issues for review. *See* 18 U.S.C. § 924(e) (person who violates § 922(g)(1) and has three previous convictions for violent felony or serious drug offense, or both, committed on different occasions from one another, shall be imprisoned not less than 15 years); *United States v. Watts,* 553 F.3d 603, 604 (8th Cir.2009) (per curiam) ("District courts lack the authority to reduce sentences below congressionally-mandated statutory minimums.") (citation omitted).

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Accordingly, we grant counsel's motion to withdraw, and we affirm.